AO 199A (Rev. 12/11- EDCA [Fresno])  Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No.   6:15-MJ-0119-MJS |
| ADAM THOMAS WARRING, | ) |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release;

(2)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3)  The defendant shall notify the Court and defendant's counsel of any change of address; and

(4)  The defendant must appear at:   U.S. District Court, Yosemite on December 1, 2015 at 10:00 AM

(5)  Pending further Order of this Court, the defendant shall not have contact with victim, Reva Brandt, directly or in-directly, through mail, any electronic means, phone or via third party until further order of the Court .

(6)  Defendant shall not consume any alcohol until further order of the Court.

(7)  To the extent that defendant exhibits signs of alcohol consumption, defendant shall to submit to a test to help determine whether he has consumed alcohol.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 11-23-15

_____
Defendant's signature

AO 199A (Rev. 12/11- EDCA [Fresno])  Order Setting Conditions of Release- Misd.

Date: November 23, 2015

/s/ Michael J. Seng
*Judicial Officer's Signature*

Michael J. Seng
*Printed name and title*