HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ADAM WARRING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00119-MJS |
| Plaintiff, | |
| vs. | MOTION TO EXTEND PROBATION PURSUANT TO 18 U.S.C. § 3564(D) AND CONTINUE REVIEW HEARING; ORDER |
| ADAM WARRING, | |
| Defendant. | |

Defendant Adam Warring hereby moves this Court for an order extending his term of probation pursuant to 18 U.S.C. § 3564(d) and continuing the review hearing. The Legal Office objects to this request. *See* Ex. A.

On March 8, 2016, this Court sentenced Mr. Warring to fourteen months of probation. *See* Judgment, Docket No. 9, at 2. Pursuant to Special Condition 3 of his probation, Mr. Warring was ordered to complete a 52-week domestic violence course. *Id.* at 2. Mr. Warring began attending the course, offered through Advanced Therapeutic Solutions, before he was even sentenced. Since beginning the program, however, Mr. Warring's financial circumstances have changed. While he has always supported himself and his daughter, he is now also supporting his fiancé, who is finishing school. Given his extra financial obligations, Mr. Warring is no longer able to afford the $35 per week that the domestic violence course costs. Moreover, Mr. Warring and his fiancé will be relocating to Henderson, Nevada, in late July or early August, as his fiancé

1  has a job lined up there.  Mr. Warring has learned that he cannot transfer into a new program in
2  Henderson.  Rather, he will have to begin the 52-week program again once he relocates.
3     Accordingly, Mr. Warring requests that the Court extend his term of probation, which is
4  currently set to expire on March 7, 2017, to November 7, 2017.  Mr. Warring also requests that
5  the Court continue the review hearing currently scheduled for April 4, 2017, to October 4, 2017.
6  This extension will allow Mr. Warring time to find a new class in Henderson, where both he and
7  his fiancé will be working and able to contribute to household expenses.  Mr. Warring is
8  requesting an extension to November to allow him approximately one month to find and enroll in
9  a course.  He will then complete the course in September 2017 and be able to provide proof to
10 the Legal Office two months prior to the expiration of his term of probation and one prior to the
11 October 4, 2017 review hearing.
12    WHEREFORE, Mr. Warring respectfully requests that the Court grant his request for an
13 extension of his term of probation and a continuance of the review hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 19, 2016        */s/ Erin Snider*
                          ERIN SNIDER
                          Assistant Federal Defender
                          Attorney for Defendant
                          ADAM WARRING

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**O R D E R**

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. § 3564(d), the Court hereby extends Defendant Adam Warring's term of probation in case no. 6:15-mj-00119-MJS for the purposes stated in the motion to extend probation. Probation shall now expire on November 7, 2017. The Court also continues the review hearing from April 4, 2017, to October 4, 2017.

IT IS SO ORDERED.

Dated:   June 9, 2016              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE