| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ADAM WARRING |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00119-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER** |
| vs. | ) |
| ADAM WARRING, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Adam Warring, that Mr. Warring's term of unsupervised probation may be extended to expire on December 28, 2017, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to November 28, 2017.

Mr. Warring has paid the $20 special assessment fee and attended a total of 52 AA meetings. He is currently finishing his 52-week domestic violence course. The parties are in agreement to extend Mr. Warring's probation to provide him with sufficient time to complete the domestic violence program. Accordingly, the parties request that Court extend Mr. Warring's term of unsupervised probation to expire December 28, 2017. The parties further request that the Court schedule a review hearing for November 28, 2017.

|     |                              |                                                                                              |
|-----|------------------------------|----------------------------------------------------------------------------------------------|
|     |                              | Respectfully submitted,                                                                      |
|     |                              | PHILLIP A. TALBERT<br>United States Attorney                                                 |
|  4  | Date: October 12, 2017       | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|     |                              | HEATHER E. WILLIAMS<br>Federal Defender                                                      |
|  9  | Date: October 12, 2017       | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>ADAM WARRING |

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the Court extends Adam Warring's term of unsupervised probation in Case No. 6:15-mj-00119-MJS to December 28, 2017 and continues the October 18, 2017 review hearing to November 28, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 13, 2017           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE