HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ADAM WARRING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00119-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO VACATE NOVEMBER 28,** |
| | ) **2017 REVIEW HEARING; ORDER** |
| vs. | ) |
| ADAM WARRING, | ) |
| Defendant. | ) |

Defendant Adam Warring hereby requests that the Court vacate the November 28, 2017 review hearing. The Government is in agreement with the request.

On March 8, 2016, the Court sentenced Mr. Warring to 14 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged law violation. In addition, the Court order Mr. Warring to pay a $20 special assessment, to complete a 52-week DV course, and to attend AA meetings once a week while on probation.

Mr. Warring has paid off his fine, attended AA once a week, completed a 52-week DV course, and has had no new law violations. Accordingly, Mr. Warring has complied with all conditions of his probation, and he hereby requests that the November 28, 2017 review hearing be vacated.

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 20, 2017

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ADAM WARRING

# **O R D E R**

Based on the parties' joint representation that Mr. Warring is in compliance with the conditions of his probation, the Court vacates the November 28, 2017 review hearing in case number 6:15-mj-000119-MJS.

IT IS SO ORDERED.

Dated:  November 20, 2017         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE